```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 21883
   ERICKA FITZPATRICK
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4573


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/20/2008 and was confirmed 10/29/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2009.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
------------------------------------------------------------------------------
AT T                         UNSECURED       NOT FILED           .00          .00
WEST ASSET MANAGEMENT        NOTICE ONLY     NOT FILED           .00          .00
CHASE                        UNSECURED       NOT FILED           .00          .00
CHASE                        NOTICE ONLY     NOT FILED           .00          .00
CITY OF CHICAGO DEPT OF      UNSECURED         1670.00           .00          .00
COLUMBIA HOUSE COMPANY       UNSECURED       NOT FILED           .00          .00
COLUMBIA HOUSE COMPANY       NOTICE ONLY     NOT FILED           .00          .00
CONSUMER PORTFOLIO SERV      UNSECURED        11166.21           .00          .00
ICE MOUNTAIN SPRING WATE     UNSECURED       NOT FILED           .00          .00
ICE MOUNTAIN SPRING WATE     NOTICE ONLY     NOT FILED           .00          .00
OXFORD MANAGEMENT            UNSECURED       NOT FILED           .00          .00
SEVENTH AVENUE               UNSECURED          579.20           .00          .00
SEVENTH AVENUE               NOTICE ONLY     NOT FILED           .00          .00
MIDLAND CREDIT MANAGEMEN     UNSECURED          714.90           .00          .00
TRIBUTE FIRST BANK OF DE     NOTICE ONLY     NOT FILED           .00          .00
DEUTSCHE BANK NATIONAL T     MORTGAGE NOTI   NOT FILED           .00          .00
DEUTSCHE BANK NATIONAL T     CURRENT MORTG      963.69           .00       963.69
DEUTSCHE BANK NATIONAL T     MORTGAGE ARRE        .00            .00          .00
MORTGAGE ELECTRONIC REGI     CURRENT MORTG      208.08           .00       208.08
MORTGAGE ELECTRONIC REGI     SECURED NOT I      185.83           .00          .00
RUTH FITZPATRICK             NOTICE ONLY     NOT FILED           .00          .00
DEUTSCHE BANK NATIONAL T     MORTGAGE NOTI   NOT FILED           .00          .00
PETER FRANCIS GERACI         DEBTOR ATTY       2,800.00                    678.68
TOM VAUGHN                   TRUSTEE                                       143.57
DEBTOR REFUND                REFUND                                      1,262.68

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 3,256.70


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 21883 ERICKA FITZPATRICK
```

```
PRIORITY                                                              .00
SECURED                                                          1,171.77
UNSECURED                                                             .00
ADMINISTRATIVE                                                     678.68
TRUSTEE COMPENSATION                                               143.57
DEBTOR REFUND                                                    1,262.68
                                         ---------------   ---------------
TOTALS                                          3,256.70          3,256.70
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/10/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```